**UNITED STATES DISTRCIT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. _____

ARNOLD A. MOLLOT and
MURRAY NADITCH

    Plaintiffs,

vs.

RICK SCOTT, in his official capacity as the Governor of
Florida, PAM BONDI, in her official capacity as the
Attorney General of Florida, and KEN DETZNER, in his
official capacity as the Secretary of State of Florida,

    Defendants,

_____/

**ORDER ON PLAINTIFFS' EMERGENCY MOTION FOR**
**DECLARATORY AND INJUNCTIVE RELIEF**

This Court, having considered the Plaintiffs' Motion for Emergency Injunctive and/or Declaratory Relief, it is hereby Ordered and Adjudged that

THE MOTION IS GRANTED.

The Convening of the Electoral College in the State of Florida, currently scheduled for December 19, 2016 is hereby postponed to permit the Electors time to investigate and deliberate their decision prior to voting for the President of the United States.  Any oath which the electors may have made is null and void.  The electors are free to vote for the person they see fit to be the next President of the United States.

Signed this _____ day of December, 2016 in _____, Florida.

_____
United States District Judge

## SERVICE LIST

Barry Silver
Barryboca@aol.com
18624 Cape Sable Drive
Boca Raton, Fl. 33498
Telephone (561) 302-1818
Attorney for the Plaintiffs

Pam Bondi
oag.civil.serve@myfloridalegal.com
(850) 414-3300
P.O. Box 10069
Tallahassee, Fl. 32302
Attorney for the Defendants