**UNITED STATES DISTRCIT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. _____

ARNOLD A. MOLLOT and
MURRAY NADITCH

    Plaintiffs,
vs.

RICK SCOTT, in his official capacity as the Governor of
Florida, PAM BONDI, in her official capacity as the
Attorney General of Florida, and KEN DETZNER, in his
official capacity as the Secretary of State of Florida,

    Defendants,

_____/

**CERTIFICATE OF EMERGENCY**

I hereby certify that, as a member of the Bar of this Court, I have carefully examined this matter and it is a true emergency.

I further certify that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by the circumstances of this case. The issues presented by this matter have not been submitted to the Judge assigned to this case or any other Judge or Magistrate of the Southern District of Florida prior thereto.

I further certify that I have made a bona fide effort to resolve this matter without the necessity of emergency action.

Dated this _15th_ day of December, 2016.

Barry Silver  FBN 382108
(561) 302-1818
barryboca@aol.com

## SERVICE LIST

Barry Silver
Barryboca@aol.com
18624 Cape Sable Drive
Boca Raton, Fl. 33498
Telephone (561) 302-1818
Attorney for the Plaintiffs

Pam Bondi
oag.civil.serve@myfloridalegal.com
(850) 414-3300
P.O. Box 10069
Tallahassee, Fl. 32302
Attorney for the Defendants